AA
11/30/2021

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

**SEALED**
**OCDETF**

**BROWNSVILLE DIVISION**
FILE: 2021R01289

**CRIMINAL DOCKET**      NO. B-21-184-S4

Fourth Superseding Filed: MARCH 5, 2024
Third Superseding Filed: OCTOBER 3, 2023
Second Superseding Filed: DECEMBER 22, 2022
Superseding Filed: DECEMBER 7, 2021
Filed: MARCH 2, 2021   Judge: **FERNANDO RODRIGUEZ, JR.**

INDICTMENT
COUNTY: KENEDY

**ATTORNEYS:**

UNITED STATES OF AMERICA       ALAMDAR S. HAMDANI, USA

vs.                            K. ALEJANDRA ANDRADE, AUSA

DAVID GOMEZ-RAMOS (YOB: 1968) Mexico (Cts.1-4)
GREGORIO SALINAS (YOB: 1971) USC (Cts.1-3)
FRANCISCO JAVIER ALANIS MARTINEZ (YOB: 1982) (Cts.1-3)
GERARDO ALANIS MARTINEZ (YOB: 1992) (Cts. 1-3)  **(WARRANT)**

**CHARGE:** Ct. 1: Conspiracy to possess with intent to distribute more than 5 kilograms of cocaine;
Total           21 USC 846, 841(a)(1), and 841(b)(1)(A)
Counts    Ct. 2: Possession with intent to distribute more than 5 kilograms, that is approx.
( 4 )           26.36 kilograms of cocaine;
                21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
          Ct. 3: Possession with intent to distribute more than 5 kilograms, that is approx.
                13.62 kilograms of cocaine;
                21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
          Ct. 4: Possession with intent to distribute more than 5 kilograms, that is approx.
                22 kilograms of cocaine;
                21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2
                NOTICE OF FORFEITURE

**PENALTY:** Cts. 1 - 4: 10 years to life and/or fine not to exceed $10,000,000, plus supervised release term of at least 5 years up to life as to each ct.

In Jail: X
On Bond:
No Arrest: X
HSI: Florencio Vega

**P R O C E E D I N G S:**