**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs | § | **GRAND JURY NO. # 22** |
| **GERARDO ALANIS MARTINEZ** | § | B-21-184-S4 |

**SEALED
ORDER FOR ISSUANCE OF BENCH WARRANT
AND SETTING AMOUNT OF BAIL**

It appearing to the Court that an indictment has been returned against the defendant(s) listed below, it is hereby

ORDERED that a warrant be issued for the arrest of the defendant(s) and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Brownsville Division of this Court, such bail to be taken by a United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **GERARDO ALANIS MARTINEZ** | NO BOND |

ENTERED at Brownsville, Texas, this the 5th day of **March,** 2024.

_____
UNITED STATES MAGISTRATE JUDGE