United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO.: B-21-CR-184-08-S4 |
| VS. | § | |
| | | *Fernando Rodriguez, Jr.* |
| | | *United States District Judge* |
| GERARDO ALANIS MARTINEZ | § | |

## SCHEDULING ORDER

1. **Depositions** (if applicable) in
   Magistrate Judge Betancourt's Jury Room: _____ at _____ a.m.

2. Deadlines:

   **Motions** will be filed by:        **April 05, 2024**
   *Motions must comply with the Local Rules for the Southern District of Texas, in particular, SDTX CrLR 12.2.*

   **Responses** will be filed by:        **April 16, 2024**
   *Responses must comply with the Local Rules for the Southern District of Texas, in particular, SDTX CrLR 12.3.*

3. **Motion Hearing** before
   **Magistrate Judge Karen Betancourt:        April 24, 2024 at 9:00 A.M.**
   *Motion Hearing may be waived in advance with written consent of the defendant.*

4. **Final Pretrial Conference:        April 30, 2024 at 8:30 A.M.**

   *If the case is announcing ready for trial, each party must file the following by the close of business on the date of the Final Pretrial Conference:*
   I.   *Expert Witness Disclosures in writing pursuant to FRCP 16(G)*
   II.  *404(b) Notice in writing pursuant to FRE 404(b)(3)*
   III. *Witness List*
   IV.  *Exhibit List*
   V.   *Proposed Voir Dire Questions*
   VI.  *Proposed Jury Instructions*

   Parties must engage in timely plea negotiations. The FPTC date is NOT a date to secure a plea agreement and review it with the defendant/client. **The parties must be ready to enter a plea of guilty or proceed to trial on announcement at the Final Pretrial Conference.**

5. **Jury Selection:**        **May 6, 2024, at 9:00 A.M.**

The defendant and his/her attorney must appear for the court settings. Failure to appear may result in additional charges being brought against the defendant.

Direct your questions about this schedule to *Balvina Espinoza, Case Manager for United States District Court Judge Fernando Rodriguez, Jr., United States District Clerk, 600 East Harrison Street, Brownsville, Texas 78520, telephone (956) 548-2756.*

Signed on **March 21, 2024** at Brownsville, Texas.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge