AO 187 (Rev. 7/87) Exhibit and Witness List

United States Courts
Southern District of Texas
FILED
March 21, 2024
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Texas__

United States of America

V.

GERARDO ALANIS MARTINEZ

## EXHIBIT AND WITNESS LIST

Case Number: 1:21-CR-184-08

| PRESIDING JUDGE<br>Karen Betancourt | PLAINTIFF'S ATTORNEY<br>K. Alejandra Andrade, AUSA | DEFENDANT'S ATTORNEY<br>Oscar Rene Flores, Rtd. |
|---|---|---|
| TRIAL DATE(S)<br>Detention Hrg 03/21/2024 | COURT REPORTER<br>Sara Celis, ERO | COURTROOM DEPUTY<br>Amy Sanchez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/21/2024 | YES | YES | U.S. Currency in and out of bags, documents, black box/safe marked with a "2" |
| 2 | | 3/21/2024 | YES | YES | Open black box/safe marked with a "3", Currency from another country/ US currency in open bag |
| 3 | | 3/21/2024 | YES | YES | U.S. Currency on a desk; in two rows |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages







GOVERNMENT EXHIBIT 3