UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | 1:21-cr-00184-8 |
| | § | |
| GERARDO ALANIS MARTINEZ | § | |

# NOTICE OF APPEAL OF MAGISTRATE COURT'S RULING ON DETENTION HEARING

**TO THE HONORABLE JUDGE, FERNANDO RODRIGUEZ, JR.:**

The Defendant in the above styled and numbered cause, Gerardo Alanis Martinez, gives notice of appeal in this cause to the United States District for the Southern District of Texas, from the Order of Detention Hearing.

Respectfully submitted,

Oscar Rene Flores
O RENE FLORES, P.C.
208 W. Cano St.
Edinburg, Texas 78539
Tel: (956) 383-9090
Fax: (956) 383-9050

By: */S/ O. Rene Flores*
O. Rene Flores
State Bar No. 24012637
Federal ID: 625657
oreneflores@lobo.law

## CERTIFICATE OF SERVICE

  I, O. Rene Flores, hereby certify that on March 25, 2024, a true and correct copy of the above and foregoing Notice was served on the AUSA K. ALEJANDRA ANDRADE via email: karla.andrade@usdoj.gov by electronic filing system.

*/S/ O. Rene Flores*
O. Rene Flores