UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                      Case Number: 1:21−cr−00184

Gerardo Alanis Martinez

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Fernando Rodriguez, Jr

**PLACE:**
Courtroom 6
United States District Court
600 E. Harrison Street
Brownsville, Texas 78520

**DATE:** 4/2/2024

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Bond Hearing
Appeal of Magistrate Judge Decision to District Court − #382

Date:   March 26, 2024

Nathan Ochsner, Clerk